O

# United States District Court
# Central District of California

| | |
|---|---|
| REBECCA L. BOND,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ONEWEST BANK FSB; OCWEN LOAN SERVICING,<br><br>　　　　　Defendants. | Case № 2:15-cv-8701-ODW (ASx)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [11]** |

On December 14, 2015, Plaintiff Rebecca L. Bond moved to enter a default judgment against Defendants OneWest Bank FSB and Ocwen Loan Serving. However, Plaintiff did not previously request an entry of default against these Defendants. An entry of default must precede a grant of default judgment. *Johnson v. Dayton Elec. Mfg. Co.*, 140 F.3d 781, 783 (8th Cir. 1998). Moreover, Defendants have responded to the Complaint, and are therefore not in default. (ECF No. 8.)

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

As a result, the Court **DENIES** Plaintiff's Motion for Default Judgment.[1] (ECF No. 11.)

**IT IS SO ORDERED.**

December 23, 2015

_____
          **OTIS D. WRIGHT, II**
   **UNITED STATES DISTRICT JUDGE**

---

[1] After considering the papers filed in support of and in opposition to the Motion, the Court deems the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78; L.R. 7-15.